BAR ASSOCIATION OF GREATER CLEVELAND *v.* SATO.

[Cite as Bar Assn. v. Sato (1980), 62 Ohio St. 2d 85.]

(D.D. No. 80-3—Decided April 16, 1980.)

*Mr. Thomas R. Skulina* and *Mr. Shia M. Shapiro,* for relator.

*Per Curiam.* Upon examination of the record and the findings of the board of commissioners, we conclude that there are ample facts to justify the board's finding that respondent violated DR 9-102(B)(3), DR 9-102(B)(1) and DR 6-101(A)(3) of the Code of Professional Responsibility.

We confirm the recommendation of the board, that respondent be permanently disbarred from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C. J., HERBERT, W. BROWN, P. BROWN, SWEENEY, LOCHER and HOLMES, JJ., concur.